```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| --- | --- | --- |
| | ) | |
| v. | ) | 04CR 10397 NG |
| | ) | VIOLATION: |
| NEIL CARTER, | ) | |
| | ) | 26 U.S.C. § 7207 |
| Defendant. | ) | Filing False Documents |
| | ) | |

## INFORMATION

<u>COUNT 1</u>: (26 U.S.C. § 7207 - Filing False Documents)

The United States Attorney charges that:

On or about September 18, 1998, in the District of Massachusetts,

**NEIL CARTER,**

the defendant herein, a resident of Ocean Bluff, Massachusetts, did willfully deliver and disclose by submitting to an Officer of the Internal Revenue Service, United States Treasury Department, a U.S. Income Tax Return of a Foreign Corporation, Form 1120-F, for Redwood, Ltd., which was known by the defendant to be fraudulent and false as to a material matter in that the said Form 1120-F reported total deductions of $140,543 on line 28, whereas, as he then and there well knew and believed, the total deductions were substantially less than that amount.

All in violation of Title 26, United States Code, Section 7207.

NOTICE OF ADDITIONAL FACTORS

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

The offense charged in Counts One of the Information (filing a false document in violation of 26 U.S.C. § 7207):

1. involved a tax loss of $2,000 or less, as described in U.S.S.G. §2T4.1;

2. involved sophisticated means, as described in U.S.S.G §2T1.1; and

3. the defendant willfully obstructed or impeded, or attempted to obstruct or impede, the administration of justice, as described in U.S.S.G. §3C1.1.

        MICHAEL J. SULLIVAN
        UNITED STATES ATTORNEY

By: _____
     Robert J. Livermore
     DOJ Trial Attorney

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** 419 Ocean Street   **Category No.** III   **Investigating Agency** IRS-CI

**City** Ocean Bluff

**County** Plymouth

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Neil Carter     Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** 419 Ocean Street, Ocean Bluff MA 02065

**Birth date (Year only):** 1942  **SSN (last 4 #):** 6534  **Sex** M  **Race:** W  **Nationality:** U.S.

**Defense Counsel if known:** Theodore Craft   **Address:** 49 Myrtle Street
                                                              Melrose, MA 02176
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Robert J. Livermore (DOJ-TAX)   **Bar Number if applicable** 42957 (Virginia)

**Interpreter:** ☐ Yes  ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☒ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   [1] Misdemeanor _____   ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** December 29, 2004   **Signature of AUSA:** *[signature]*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Neil Carter

|  | Index Key/Code | U.S.C. Citations<br>Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 U.S.C. § 7207 | Filing a False Document | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**