UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 17 P 1:03

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

UNITED STATES OF AMERICA )
)
v. ) No. 04-CR-10397
)
NEIL CARTER )
)

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Theodore L. Craft, the undersigned, hereby enters his APPEARANCE on behalf of Neil Carter, the Defendant in the above-captioned matter, and in compliance with Rule 5.1(a)(1) and Local Rule 83.5.2, submits the following information:

| | |
|---|---|
| Attorney for defendant Neil Carter: | Theodore L. Craft |
| Address: | 49 Myrtle Street, Melrose, MA 02176 |
| Telephone number: | 781-665-6872 |
| Telefax: | 781-662-2430 |
| BBO number: | 103900 |

Respectfully submitted,

*/s/ Theodore L. Craft*
Attorney for Defendant

February 15, 2005